# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) MOTION FOR EXTENSION OF TIME |
| | ) |
| | ) DOCKET NO.: 6:19CR60042-001 |
| ALEXANDER CURRY   FISHTORN | ) |
| | ) |

## MOTION FOR EXTENSION OF TIME TO REVIEW PRESENTENCE INVESTIGATION REPORT

Comes now the Defendant by Counsel Thomas F. Godfrey and for his motion for extension of time to review presentence investigation report, states as follows:

1. Counsel for Defendant was contacted by the probation office for the court regarding the status of the review of the Presentence Investigation Report which the court indicated was due on or before August 24, 2021.

2. Counsel for Defendant advised the probation office that he had not received the report and had not been able to review same with Defendant.

3. After speaking with the probation office, Counsel for Defendant was eventually able to locate the notice of electronic filing from the court regarding the Presentence Investigation Report today, August 25, 2021, and advised the probation office that the present motion would be filed so that Counsel could review this report with Defendant.

4. Defendant has not requested an extension on this matter and is not attempting to delay the sentencing of this matter.

WHEREFORE, Defendant respectfully requests an extension of at least 7 days to review the presentence report and to provide any corrections of comments regarding same and for any other relief just and proper in the premises.

Respectfully submitted,

*s/Thomas F. Godfrey/*

Attorney for Defendant
3 Bristol Drive
Michigan City, IN 46360
(219) 221-1438
(866) 956-0194
tgodfreylaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, a copy of the foregoing was filed electronically with the Court's case management filing system. Notice of this filing was sent by electronic transmission to counsel of record.

Assistant U.S. Attorney
Carly Marshall 414 Parker Avenue
Fort Smith, AR 72901
(479) 494-4069
Carly.Marshall@usdoj.go

*s/Thomas F. Godfrey/*
Attorney at Law